**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6328**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    versus

ROBERT DALE SHEPARD,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CR-94-48, CA-97-845-3)

─────────────

Submitted: August 31, 2000    Decided: September 14, 2000

─────────────

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Robert Dale Shepard, Appellant Pro Se. Sharon Mullen Frazier, OFFICE OF THE UNITED STATES ATTORNEY, Huntington, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Dale Shepard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny Shepard's motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court. See United States v. Shepard, Nos. CR-94-48; CA-97-845-3 (S.D.W. Va. Jan. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED